UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| J.R. DESIGN AND BUILD, LLC | ) | Case No. 22-11776-JEB |
|     Debtor | ) | |

-------------------------------------------------------

## NOTICE OF INTENDED PUBLIC AUCTION SALE OF ESTATE PROPERTY: CERTAIN MOTOR VEHICLES

**January 26, 2023 at 11:00 AM** is the date of the proposed sale.

**January 9, 2023, at 12:00 noon** is the date by which objections must be made.

Notice is hereby given, pursuant to 11 U.S.C. Section 363 Federal Rules of Bankruptcy Procedure 2002(a)(2) and 6004, and M.L.B.R. Rule 2002-5 and 6004-1(a),(b) and (d), that the Chapter 7 Trustee intends to sell at public sale the Debtor's right, title and interest in certain property of the estate consisting of:

**PROPERTY TO BE SOLD:**

The Assets which appear on Exhibit A (the "Property").

**THE AUCTION:**

The sale will be conducted by Paul E. Saperstein Co., Inc. at auctioneer's business located at 144 Centre Street, Holbrook, Massachusetts on **January 26, 2023, beginning at 11:00 A.M.** The website address of the Auctioneer is www.pesco.com. The proposed sale procedures are more particularly described in the Trustee's Motion for Order Authorizing and Approving Public Sale of Certain Motor Vehicles (the "Motion to

Approve Sale"), a copy of which is available at no charge upon request for the undersigned or on the website of the Court: www.mab.uscourts.gov.

The Public Auction Sale will be conducted live with the ability for online bids in real time via www.bidspotter.com.  There will be an event fee of $400.00 associated with the use of the IAM.  In the event that the successful bidder for any of the sale Assets is an "online bidder", such successful online bid will be subject to a managerial fee in the amount of four percent (4%) of the purchase price.

**SALE FREE AND CLEAR OF LIENS:**

The property will be sold free and clear of all liens, claims and encumbrances. Any perfected, enforceable valid liens shall attach to the proceeds of the sale according to priorities established under applicable law.  To the best of the knowledge of the Trustee, there are no liens on the Assets.

**OBJECTIONS:**

Any objections to the sale must be filed in writing with the Clerk, United States Bankruptcy Court, McCormack Post Office and Courthouse, 5 Post Office Square, 11th Floor, Boston, Massachusetts on or before **January 9, 2023 at 12:00 NOON** (the "Objection Deadline").  A copy of any objection also shall be served upon the undersigned.  Any objection to the sale must state with particularity the grounds for the objection and why the intended sale should not be authorized.  Any objection to the sale shall be governed by F.R.B.P 9014.

**HEARING:**

A hearing on objections and the Motion to Approve Sale is scheduled to take

place on **January 10, 2023, at 11:00 A.M.** before the Honorable Janet E. Bostwick, Bankruptcy Judge at U.S. Bankruptcy Court, J.W. McCormack Post Office and Court House, 5 Post Office Square, 12th Floor, Courtroom #3, Boston, MA.  At the hearing on approval of the sale, the Court may determine further terms and conditions of the sale. Any party who has filed an objection is expected to be present at the hearing, failing which the objection may be overruled.  The Court may take evidence at the hearing to resolve issues of fact.  If no objection to the Motion to Approve Sale is timely filed, the Court, in its discretion, may cancel the scheduled hearing and approve the sale without a hearing.

The Property shall be transferred on an "as is, where is" basis, without any representation or warranty of any kind by the Trustee. The Trustee reserves the right prior to the auction to enter into agreements for the disposition of the Property and to sell such Property by private sale subject to Court approval. The Property or any portion thereof may be withdrawn from sale prior to or during the auction for any reason whatsoever. The Trustee reserves the right to reject, in his sole discretion, any and all bids for the Property. All bidding increments shall be determined by the Auctioneer and the Trustee and announced at the commencement of the auction. Bidding increments may be modified by the Trustee during the auction.

Each participating bidder ("Bidder") shall be deemed to acknowledge: (a) that it had an opportunity to inspect and examine the Property prior to making its offer and that each such Bidder relied solely on that review and upon its own investigation and inspection of the Property in making its offer; and (b) that the Bidder is not relying upon any written or oral statements, representations, or warranties of the Trustee, its

agents or representatives or the Auctioneer, its agents or representatives.

Any sale of the Property shall be final, upon acceptance of a bid by the Trustee in his business judgment, and not subject to further Court approval. Information respecting removal of the Property purchased shall be announced by the Auctioneer on the day of the auction. Failure of the successful Bidder to comply with the terms of the removal announced by the Auctioneer shall result in the forfeiture of the deposit and forfeiture of the right to purchase the Property not so removed.

The Trustee, at or before the auction, may impose such other and additional terms and conditions as he determines to be in the best interests of the Trustee, the estate, its creditors and other parties in interest.

Dated: December 20, 2022

/s/Gary W. Cruickshank, Esq.
Trustee in Bankruptcy of
J.R. Design and Build, LLC
21 Custom House Street, Suite 920
Boston MA 02110
(617)330-1960
gwc@cruickshank-law.com
(BBO107600)

# EXHIBIT A

2015 Chevrolet Silverado 2500 Crew Cab VIN #1GC1KWE81FF119343

2015 GMC Sierra

2009 International 4000 – Cab Only – VIN#1HTMMAAL49H062765

2013 Kaufman Trailer, 14K Load – VIN#5VGFD2027EL004095