UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |
|---|---|
| In re | Chapter 7 |
| HARMONUS INC. | Case No. 21-40444-EDK |
| Debtor |  |

**TRUSTEE'S MOTION FOR ORDER APPROVING PRIVATE SALE
OF PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES
PURSUANT TO 11 U.S.C. § 363(b) and (f)**

To the Honorable Elizabeth D. Katz, U.S. Bankruptcy Judge:

Now comes Janice G. Marsh, Esq., Chapter 7 Trustee (the "Trustee") of the Estate of HARMONUS INC. (the "Debtor"), by and through her counsel, Weiner Law Firm, P.C., and hereby moves, pursuant to Bankruptcy Code § 363(b) and (f), and Bankruptcy Rule 6004(c) for authority to sell, by private sale, certain personal property belonging to the bankruptcy estate including but not limited to all of the Debtor's right, title and interest in to All US and foreign registered and unregistered copyrights, trademarks, trade names service marks, patents , Universal Resources Locators, an all applications for and common law rights to the foregoing, related to the Debtor's business as well as all other intellectual property of the Debtor ("Intellectual Property"), and all other assets of the Debtor free and clear of all liens, encumbrances and claims of every kind and description, to Bliu Associates LLC (the "Buyer" or "Purchaser") of 360 East 88th Street #42B, New York, New York 10128 or its nominee for the sum of $60,000.00 as set forth in more detail below. A corresponding Notice of Intended Private Sale of Property, Solicitation of Counteroffers, and Deadline for Submitting Objections and Higher Offers and Hearing Date (the "Notice of Intended Sale") is attached as Exhibit "B" to this Motion. In support of this Motion, the Trustee respectfully states as follows:

1. On June 10, 2021, the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.

Case 21-40444   Doc 17   Filed 12/27/22   Entered 12/27/22 14:02:25   Desc Main
Document    Page 2 of 5

Motion for Private Sale
In re Harmonus Inc.
Case No. 21-40444-EDK
Page 2

2. On or about June 10, 2021, Janice G. Marsh, Esq. was appointed Chapter 7 Trustee in this case and he continues to serve in that capacity.

3. The matters set forth herein constitute core proceedings pursuant to 28 U.S.C. § 157(b)(2) (N).

4. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334.

5. Among the assets of the Debtor's Estate is the certain personal property consisting of a patent identified as US Patent 16/195169 and also identified as a Japanese patent as well as all other intellectual property of the Debtor. The Debtor valued the Intellectual Property in Schedule B of the petition in the amount of $15,000.00 and all other remaining assets at $10,000.00.

6. The Debtor is a corporation and is not eligible to claim any exemptions in Schedule C.

7. On or about February 3, 2022, the Trustee and Ms. Beatrice Liu executed a nondisclosure agreement which allowed Ms. Liu access to confidential information of the Debtor. This information included any information provided by the Trustee or Harmonus, Inc., concerning the business, technology and information of Harmonus, Inc., and any third party with which Harmonus, Inc., deals, including without limitation, patents, software, drawings, business records and plans, trade secrets, technical data, product ideas, contracts, financial information, pricing structure, discounts, computer programs and listings, source code and /or object code, copyrights and intellectual property, inventions, sales leads, strategic alliances, partners, and customers and client lists.

8. The Trustee received an offer of $60,000.00 from Bliu Associates, LLC to purchase all of the Debtor's right, title and interest in all of the Debtor's assets as identified in the

Motion for Private Sale
In re Harmonus Inc.
Case No. 21-40444-EDK
Page 3

        attached Asset Purchase Agreement (Exhibit "A"). The Buyer has paid 10% deposit of $6,000.00 which is to be refunded if the purchaser is not the successful bidder.

9. Upon information and belief Bliu Associates, LLC is owned 100% by Beatrice Liu ("Ms. Liu").

10. The Trustee has responded to several parties who have expressed an interest in the Debtor's assets. The offer from Ms. Liu through Bliu Associates, LLC was the highest offer.

11. Upon information and belief there are no creditors which claim a security interest in the assets of the Debtor pursuant to Schedule D of the Debtor's petition.

12. Ms. Liu is listed as having an unsecured claim in the amount of $300,000.00 and her claim is listed as contingent, unliquidated and disputed. Ms. Liu filed a proof of claim no. 4-1 in the amount of $299,167.67 on August 5, 2021.

13. Total claims filed as of October 27, 2022 were in the amount of $471,141.48 which includes Ms. Lui's claim and the claim of The Massachusetts Department of Unemployment Assistance ("DUA") in the amount of $106,744.76. The DUA claim indicates it is an estimate as the Debtor failed to file quarterly reports from the 4th Quarter of 2018 though the third quarter of 2020.

14. Upon information and belief Ms. Liu had been a shareholder of the Debtor but she abandoned all of her shares in the Debtor in 2020. [1]

15. Upon information and belief the Debtor ceased operations in 2019.

---

[1] Ms. Liu filed a complaint versus the Debtor in United States District Court for the District of Massachusetts 1:21-cv-10575 on April 4, 2021. In the complaint Ms. Liu references in footnote no. 2 that she abandoned all of her shares in the Debtor in 2020.

Motion for Private Sale
In re Harmonus Inc.
Case No. 21-40444-EDK
Page 4

16. The Trustee believes that a sale of the Intellectual Property and all other remaining assets by private sale is in the best interest of the Estate. The Trustee believes that the price being paid exceeds that which would be realized at any other disposition, such as a public auction given the nature of the assets.

17. As set forth in the Notice of Intended Sale attached as Exhibit "B", the Trustee will solicit any offers for the Intellectual Property and other remaining assets in an amount of $63,000.00 or more, which are accompanied by a deposit of at least $6,300.00, on the same terms and conditions as the offer made by Bliu Associates, LLC.

**WHEREFORE** Janice G. Marsh, Esq., respectfully requests that this Honorable Court enter an Order:

1. Authorizing the Trustee's Motion for Order Approving Private Sale of Personal Property of the Estate, pursuant to 11 U.S.C. § 363(b) and (f) to Bliu Associates, LLC or its nominee, free and clear of all liens and encumbrances, including tax liens, pursuant to the provisions of this Motion;

2. Declaring that all encumbrances shall attach to the proceeds of the sale, to the extent that they are valid and perfected, in the same priority as they are entitled to under applicable law,;

3. Declaring that Bliu Associates, LLC, the buyer is a good faith purchaser pursuant to 11 U.S.C. § 363; and

4. Authorizing the Trustee to execute all documents necessary to complete the sale;

5. Granting such other and further relief as this Court deems just and proper.

Motion for Private Sale
In re Harmonus Inc.
Case No. 21-40444-EDK
Page 5

JANICE G. MARSH, ESQ., Chapter 7 Trustee
Of the Estate of HARMONUS INC.,
By her Counsel,

/s/ Gary M. Weiner, Esq.
Gary M. Weiner, Esq., BBO #548341
Robert E. Girvan, III, Esq. BBO #569063
WEINER LAW FIRM, P.C.
1441 Main Street, Suite 610
Springfield, MA 01103
Tel. (413) 732-6840
Fax. (413) 785-5666
Email: GWeiner@Weinerlegal.com
Date: December 27, 2022