| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF MASSACHUSETTS<br>CENTRAL DIVISION | **EXHIBIT B** |

)
)
In re                                     )    Chapter 7
)    Case No. 21-40444-EDK
HARMONUS INC.                  )
)
                    Debtor     )
)

### NOTICE OF INTENDED PRIVATE SALE OF PROPERTY
### SOLICITATION OF COUNTEROFFERS
### DEADLINE FOR SUBMITTING OBJECTIONS AND HIGHER OFFERS
### AND HEARING DATE

On or before February 28, 2023 **IS THE DATE OF THE PROPOSED SALE**

 **January 26, 2023 at 4:00 p.m.**   **IS THE DATE BY WHICH OBJECTIONS AND/OR HIGHER OFFERS MUST BE MADE**

**Notice** is hereby given, pursuant to 11 U.S.C., § 363, Fed. R. Bankr. P. 2002 (a) (2) and 6004, and MLBR Rule 2002-5 and 6004-1, that Janice G. Marsh, the duly appointed Trustee in the above case intends to sell at private sale all of the Debtor's right, title and interest in certain property of the estate.

**PROPERTY TO BE SOLD**:

     (a)     All of Debtor's right, title and interest in and to all US and foreign registered and unregistered copyrights, trademarks, trade names, service marks, patents (including, without limitation, the patents listed in the Patent Assignment), Universal Resources Locators (a.k.a. domain names), and all applications for and common law rights to the foregoing, related to the Debtor's business;

     (b)     All of Debtor's right, title and interest in and to all trade secrets, common law rights, privileges, franchises, memberships, confidential or proprietary information, technology, drawings, engineering specifications, ideas, methods, know-how, techniques, research, software, computer programs, product designs, plans, business plans, research papers, discoveries, improvements or developments, whether patentable or not patentable (including all licenses with respect thereto), of or relating to the Debtor's business, including without limitation, ProBX

software and hardware, CAD drawings of the Hardware (HPS-001 Patient Support, HGS-001 Probx Grid with Calibrator), Software Code of the software (HSS-001, Harmonus ProBX software), QA/QC record of the hardware and software regulatory files (Final 510K eCopy and source documents), policy and working documents on Harmonus Quality Procedure;

(c)    All lists of customers, all records, names and addresses of expires and prospects, artwork templates and copy, correspondence and records and all copies thereof, sales and marketing documents, advertising and promotional materials, forms and other property, tangible or intangible, owned and/or used by Debtor in connection with the Debtor's business, whether or not reflected on Debtor's books of account;

(d)    All supplies and sundry items, including telephone numbers, key and lock combinations, computer software and all other software programs and systems, to the extent of Debtor's interest, records relating to past, present and future customers, packing supplies, mold and other inventory (including, without limitation, 30 x GS-001 Probx Grid with Calibrator, 1 x HPS-001 Patient Support), and books and records of, or relating to and material to the operation of the Debtor's business and the Purchased Assets;

(e)    The Debtor's computer hardware and other articles of personal property, whether or not on or off the books of the Debtor, used or usable in connection with the Debtor's business;

(f)    All goodwill of the Debtor relating to the Debtor's business;

(g)    All claims, judgments, demands and rights of the Debtor against third parties relating to the Debtor's business, including without limitation (i) any rights or claims against third parties for infringement, misappropriation, misuse or unauthorized use of Intellectual Property and (ii) all rights under or pursuant to warranties, representations, guaranties and services contracts made by suppliers, manufacturers and contractors in connection with products or services purchased by Debtor in connection with the Debtor's business;

(h)    All other intangible assets of Debtors' which constitute or relate to the Debtor's business, whether or not referred to above.

**THE OFFER**:

The Trustee has received an offer to purchase Estate's interest in the Personal Property identified herein for the sum of Sixty Thousand and 00/100 dollars ($60,000.00).

**THE PROPOSED BUYER**:

The proposed buyer is Bliu Associates, LLC or its Nominee ("Purchaser").

**THE SALE DATE**:

The sale shall take place **on or before February 28, 2023.** The terms of the proposed sale are more particularly described in the Motion to Approve Sale filed with the Court on December 27, 2022.

**SALE FREE AND CLEAR OF LIENS**:

The Property will be sold free and clear of all liens, claims and encumbrances. Any perfected, enforceable valid liens shall attach to the proceeds of the sale according to priorities established under applicable law.

**COUNTEROFFERS OR OBJECTIONS:**

Any objections to the sale and/or higher offers must be filed in writing with the Clerk, United States Bankruptcy Court at 595 Main Street, Room 311, Worcester, MA 01608 on or before **January 26, 2023 at 4:00 p.m.** (the "Objection Deadline"). A copy of the objection or higher offer shall be served upon the undersigned, as well as to Francis C. Morrisey, Esq. counsel for Bliu Associates, LLC at Morrisey Wilson & Zafiroupoulos, LLP, 45 Braintree Hill Office Park, Suite 304, and Braintree, MA 02184. Any objection to the sale must state with particularity the grounds for the objection and why the intended sale should not be authorized. Any objection to the sale shall be governed by Fed. R. Bankr.P. 9014.

**Through this Notice, higher offers for the Property are hereby solicited. Any higher offer must be no less than $63,000.00 and accompanied by a deposit of $6,300.00 in the form of a certified or bank check made payable to the undersigned. Higher offers must be on the same terms and conditions noted herein.**

**HEARING:**

A hearing on the Motion to Approve Sale, objections or higher offers is scheduled to take place on **February 2, 2023 at 12:00 p.m.** before the Honorable Elizabeth D. Katz, United States Bankruptcy Judge, at the United States Bankruptcy Court, Courtroom 3, 595 Main Street, Worcester, Massachusetts 01608. Any party who has filed an objection or higher offer is expected to be present at the hearing, failing which the objection may be overruled or the higher offer stricken.

The Court may take evidence at any hearing on approval of the sale to resolve issues of fact. If no objection to the Motion to Approve Sale or higher offer is timely filed, the Court, in its discretion, may cancel the scheduled hearing and approve the sale without hearing.

At the hearing on the sale the Court may 1) consider any requests to strike a higher offer, 2) determine further terms and conditions of the sale, 3) determine the requirements for further competitive bidding and 4) require one or more rounds of sealed or open bids from the original offeror and any other qualifying offeror.

**DEPOSIT**:

A deposit will be forfeited to the estate if the successful purchaser fails to complete the sale by the date ordered by the Court. If the sale is not completed by the buyer approved by the Court, the Court, without further hearing, may approve the sale of the Property to the next highest bidder. Any questions concerning the intended sale shall be addressed to the undersigned.

JANICE G. MARSH, Esq. Trustee for the Estate of Harmonus, Inc.
By and through her counsel,

/s/ Gary M. Weiner
Gary M. Weiner, Esq. BBO# 548341
Robert E. Girvan, III, Esq. BBO#569063
Weiner Law Firm, P.C.
1441 Main Street, Suite 610
Springfield, MA 01103
Tel. (413) 732-6840
Gweiner@Weinerlegal.com
Date: December 27, 2022